RECEIVED
APR 1 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **BRIAN GROSSIE** | **CIVIL ACTION 04-699** |
| **VERSUS** | **CHIEF JUDGE HAIK** |
| **FLORIDA MARINE, ET AL** | **MAGISTRATE JUDGE METHVIN** |

## RULING

Before the Court is a Motion for Summary Judgment filed by Kirby Inland Marine, L.P. (Doc. #180). After a thorough review of the record and being fully advised in the premises, the Motion is hereby **DENIED** at this time.

THUS DONE AND SIGNED on this the 10 day of April, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA